IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00177-MR-WCM

| | |
|---|---|
| GILBERT WHITESIDE, | ) |
| Plaintiff, | ) ORDER |
| v. | ) |
| ARCADIA FARMS, LLC, | ) |
| Defendant. | ) |

Before the Court is a Joint Motion to Amend the Case Management Order (the "Motion," Doc. 13), by which the parties request that the deadlines to complete court enforceable discovery and to file dispositive motions be extended.[1]

The current deadlines and proposed deadlines are:

|  | Current | Proposed |
|---|---|---|
| Discovery: | July 8, 2022 | August 8, 2022 |
| Motions: | August 9, 2022 | September 8, 2022 |

The parties state that the requested extensions are justified because Plaintiff's deposition has been re-scheduled for June 28, 2022, and additional discovery may be necessary following that deposition.

---

[1] The parties have not requested that the July 26, 2022 deadline to complete mediation be extended.

Though the Motion could be more complete in describing the discovery the parties have completed to date, why Plaintiff's deposition needed to be rescheduled for late in the discovery period, and what discovery may be needed following his deposition, the court, in its discretion, will allow the Motion in part. The parties are respectfully advised, however, that they should plan to complete the briefing of any dispositive motions on the schedule set out by the Local Rules and that extensions of the response/reply deadlines will not be allowed absent extraordinary circumstances.

**IT IS THEREFORE ORDERED THAT:**

1. The Joint Motion to Amend the Case Management Order (Doc. 13) is **GRANTED IN PART**, and the following deadlines are **EXTENDED**:

   a. Discovery through and including August 8, 2022; and

   b. Motions through and including August 22, 2022.

2. All other provisions of the Pretrial Order and Case Management Plan (Doc. 8), including the January 9, 2023 trial setting, remain in effect.

Signed: May 10, 2022

W. Carleton Metcalf
United States Magistrate Judge